1068

No. 715, Misc. ARGO v. ALABAMA. Sup. Ct. Ala. Certiorari denied. *MacDonald Gallion,* Attorney General of Alabama, and *John C. Tyson III,* Assistant Attorney General, for respondent.

No. 793, Misc. INGENITO v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied. *A. Morton Shapiro* for respondent.

No. 797, Misc. BUICK v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 801, Misc. CORBBINS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Roger A. Pauley* for the United States.

No. 812, Misc. HARLING v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Jerome M. Feit* for the United States.

No. 847, Misc. BOSTICK v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Jerome M. Feit* for the United States.

No. 859, Misc. McDOWELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.